**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA MORRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:18-cv-2129-JTF-tmp** |
| | ) | **JURY DEMANDED** |
| **WRIGHT MEDICAL TECHNOLOGY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Caroline R. Gordon and withdraws her appearance as counsel for the Plaintiff in this case.

RESPECTFULLY SUBMITTED August 15, 2018.

GORDON SHAW LAW GROUP, PLLC

BY: /s/ Caroline R. Gordon

LYLE REID (#07779)
AMBER GRIFFIN SHAW (#26337)
CAROLINE R. GORDON (#35155)
Suite 300, Hotel Lindo Building
114 West Liberty Avenue
P. O. Box 846
Covington, TN 38019-0846
901-476-7100.Telephone
901-476-3537.Facsimile
lawjhg@comcast.net

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Counsel for the Plaintiff certifies that on August 15, 2018, a true and correct copy of the above was mailed to:

Whitney M. Harmon (TN# 024985)
Nick F. Margello (TN# 34335
Baker Donelson Bearman Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
901-577-2230.telephone
901-577-0836.facsimile
wharmon@bakerdonelson.com
nmargello@bakerdonelson.com

*Attorneys for Defendant Wright Medical Technology, Inc.*

/s/ Caroline R. Gordon